# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:
Alfred Antonio Wilson
    Debtor.

Case No. 24-33304-KLP
Chapter 13

NewRez LLC D/B/A ShellPoint Mortgage Servicing As Servicer For Deutsche Bank National Trust Company, As Trustee For Morgan Stanley IXIS Real Estate Capital Trust 2006-2 Mortgage Pass Through Certificates, Series 2006-2
    Plaintiff,
v.



Alfred Antonio Wilson
Feda Wilson, CoDebtor
and Suzanne E. Wade, Trustee
    Defendants.

## ANSWER TO MOTION FOR RELIEF FROM STAY

Comes now, the Debtor, by counsel, and files this Answer to the Motion for Relief filed by **NewRez LLC D/B/A ShellPoint Mortgage Servicing,** and respectfully requests the Court schedule a hearing on the relief requested therein and the following:

1. Debtor admits allegations contained in the paragraphs 1 through 7, of the Motion for Relief. Debtor denies there is cause to lift the stay.

2. Debtor denies the allegations in paragraphs 8 through 11. Debtor is in the process of working with the creditor for solution to cure default.

3. Movant has not shown the irreparable harm necessary to justify lifting the stay.

WHEREFORE, the Debtor respectfully requests the Court deny the requested relief, and grant such other and further relief as the Court deems necessary and proper.

### Certificate

I, Alfred Antonio Wilson, hereby certify that, on the date below, a true copy of this Answer to Motion for Relief was mailed by U.S. First Class Mail and/or electronically transmitted to: Suzanne E. Wade, Trustee, 7202 Glen Forest Dr., Ste 202, Richmond, VA 23226, NewRez LLC D/B/A ShellPoint Mortgage, PO Box 60535, City of Industry, CA 91716, and Samuel I. White, P.C. 448 Viking Drive, Suite 350, Virginia Beach, VA 23452.

Date: 06/17/2025

Alfred Antonio Wilson, Debtor
225 Taylor Ridge Way
Palmyra, VA 22963
Phone (434) 964-7617